JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN HAIK SIMONIAN,<br>Petitioner,<br>v.<br>PAMELA BONDI, *et al.*,<br>Respondents. | Case No. 5:26-cv-03242-FLA (ACCV)<br><br>**JUDGMENT** |

Pursuant to the Order Denying Verified Petition for Writ of *Habeas Corpus* and Emergency Motion for Temporary Restraining Order, the court DENIES Karen Haik Simonian (A# 070-364-975) Verified Petition for Writ of Habeas Corpus (Dkt. 1) and ENTERS Judgment in Respondents' favor.

IT IS SO ORDERED AND ADJUDGED.

Dated: July 30, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge